

40 North Central Avenue
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Frances J. Haynes, State Bar No. 009999
Direct Dial: (602) 262-5710
Direct Fax: (602) 734-3913
EMail: FHaynes@LRLaw.com

Attorneys for Use-Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OR ARIZONA

| | |
|---|---|
| The United States Of America For The Use And Benefit Of Cemex Construction Materials South, LLC, a foreign limited liability company,<br><br>                        Plaintiff,<br><br>vs.<br><br>J & S Commercial Concrete Contractors, Inc., an Arizona corporation; Jose L. Enriquez and Sara Enriquez, husband and wife; ABBA Electric, LLC, an Arizona limited liability company; The Ohio Casualty Insurance Company, an Ohio corporation; Western Surety Company, a South Dakota corporation,<br><br>                        Defendants. | No.<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Use-Plaintiff Cemex Construction Materials South, LLC, in compliance with the provisions of: *(check one)*

   __X__    Rule 7.1, Federal Rules of Civil Procedure, a non-governmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).



The filing party hereby declares as follows:

    \_\_\_\_\_    No such corporation.

    __X__    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

Construction Materials South, LLC is a 100% wholly-owned subsidiary of CEMEX Materials, LLC, which is a 100% wholly-owned subsidiary of CEMEX, Inc.

    \_\_\_\_\_    Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

    \_\_\_\_\_    Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 4th day of January, 2012.

                      LEWIS AND ROCA LLP

By */s/ Frances J. Haynes*
      Frances J. Haynes
      Attorneys for Use-Plaintiff

2562392.1